**Francisco Adan LOPEZ, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 14–73833

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2016 *

FILED June 21, 2016

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Francisco Adan Lopez, Pro Se.

Patricia Bruckner, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Francisco Adan Lopez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") order of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, including claims of due process violations. *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir. 2005). We deny the petition for review.

Lopez's due process challenges to the IJ's conduct of the removal proceedings are without merit. Lopez was granted a full and fair hearing, and he has not shown that the IJ failed to comply with her duty to inform him of available relief from removal, where Lopez has not shown "apparent eligibility" for any relief. *See* 8 C.F.R. § 1240.11(a)(2); *Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (to prevail on a due process challenge, an alien must show error and prejudice).

Lopez's contention that the IJ sustained the charge of removability based solely on the admissions of a pro se petitioner, with

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

no independent analysis of the conviction records, is contradicted by the record.

In light of this disposition, we do not reach Lopez's contention regarding hardship.

**PETITION FOR REVIEW DENIED.**

Katherine Ann Smith, Trial Attorney, Victor Matthew Lawrence, I, Esquire, Assistant Director, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.